IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IDRIS PHELPS, | : | |
| | : | |
| Petitioner, | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 18-2886 |
| | : | |
| SUPERINTENDENT OVERMEYER, et al, | : | |
| | : | |
| Respondents. | : | |

## ORDER

**AND NOW**, this _19th_ day of April 2021, upon consideration and independent review of the petition for Writ of Habeas Corpus, together with the response thereto, and after review of the Report and Recommendation of the United States Magistrate Judge Linda K. Caracappa, **IT IS HEREBY ORDERED AND DECREED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**.

2. The petition for Writ of Habeas Corpus is **DISMISSED WITH PREJUDICE**.

3. There is no probable cause to issue a certificate of appealability.

4. The Clerk of the Court shall mark this case closed for statistical purposes.

BY THE COURT:

/s/ Petrese B. Tucker
_____
**Hon. Petrese B. Tucker, U.S.D.J.**